TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ANDREW W. INGERSOLL (CA Bar No. 221348)
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
andrew.ingersoll@usdoj.gov
Phone: (202) 514-1999
Facsimile: (202) 514-0097

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, CALIFORNIA<br><br>Defendant. | Civil No. 3:22-cv-01753-JO-NLS<br><br>**UNOPPOSED NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE**<br><br>[L.R. 7.1]<br><br>Oral Argument Not Required |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff the United States of America, will and hereby does move this Court to enter the Consent Decree (ECF Nos. 8-1 to 8-3) between Plaintiff and Defendant County of San Diego, California, that was lodged with this Court on April 7, 2023. The Consent Decree would, if approved

by the Court, fully resolve all claims in this action against the Defendant. After notice and opportunity for public comment, no comments have been received within the 30-day comment period. Defendant signed the Consent Decree and, by so doing, consented to entry of the Consent Decree without further notice.

The motion is based on this notice, the accompanying memorandum, and the pleadings and papers on file in the action. Because this matter is unopposed, the United States requests it be deemed submitted and ruled on without the need for a hearing. The Court may grant this motion and enter the proposed Consent Decree (ECF Nos. 8-1 to 8-3) by signing the Decree on page 27.

DATE: May 25, 2023

Respectfully submitted,

UNITED STATES OF AMERICA

　/s/　Andrew W. Ingersoll
ANDREW W. INGERSOLL
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-1999
andrew.ingersoll@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2023, I caused the foregoing **UNOPPOSED NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE** to be electronically filed with the Clerk of the Court using this Court's CM/ECF system, which will send notice of such filing to counsel of record for all parties.

/s/ Andrew W. Ingersoll
ANDREW W. INGERSOLL
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice